# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Lindsey Davis, III | ) | Chapter 13 |
| | ) | Case No. 21 B 01105 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion/Certificate of Service

Lindsey Davis, III  
2533 South 16th Ave  
Broadview, IL 60155

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On August 04, 2021 at 1:00 pm, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: <https://www.zoomgov.com/>. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 and the password is none. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, July 21, 2021.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Lindsey Davis, III | ) | Chapter 13 |
| | ) | Case No. 21 B 01105 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Motion to Dismiss Case for Material Default

Comes now Marilyn O. Marshall, Standing Trustee, pursuant to 11 U.S.C. §1307(c)(6), and respectfully states the following:

1. This is a core proceeding under 28 U.S.C. §157.

2. Debtor filed for Chapter 13 relief on January 27, 2021.

3. This case was confirmed on May 12, 2021, for a total of 36 months with plan payments of $150.00.

4. As of the filing of this motion, 6 months have expired since this case was filed.

5. The plan is in material default as it cannot complete at the proposed terms.

6. The balance on this case is approximately $17,998.38 and at the current rate, the plan will not complete for another 120 months.

WHEREFORE, the Trustee prays that the Court enter an order dismissing this case, and grant any such other relief as it may deem proper.

| | |
|---|---|
| Office of the Chapter 13 Trustee | /s/ MARILYN O. MARSHALL |
| 224 S Michigan Ave | MARILYN O. MARSHALL, TRUSTEE |
| Ste 800 | |
| Chicago, IL 60604 | |
| (312) 431-1300 | |