IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: Lindsey Davis, III | ) ) ) | 21 B 01105 |
| Debtor(s), | ) ) ) | **Judge Deborah L. Thorne** |

*Notice of Objection*

The Trustee objects to the Motion to Modify Plan.

                                                               Marilyn O. Marshall,
                                                                Standing Trustee

                                                               /s/ A. Stewart Chapman
                                                              By: A. Stewart Chapman

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300